AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

E-FILED
Monday, 21 July, 2008 12:49:48 PM
Clerk, U.S. District Court, ILCD

JOE HAND PROMOTIONS, INC., as
Broadcast Licensee of the **December 29, 2007**
UFC #79 Program,
        Plaintiff,
-against-

GUY ADAMS and JOHNNA ADAMS, Individually and as
officers, directors, shareholders and/or principals of ADAMS
FAMILY, INC. d/b/a ADAMS APPLE a/k/a ADAM'S APPLE,
and ADAMS FAMILY, INC. d/b/a ADAMS APPLE a/k/a
ADAM'S APPLE,
        Defendants.

**APPEARANCE**

Case Number: 08-1178

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, JOE HAND PROMOTIONS, INC.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/15/2008 | [signature] |
| Date | Signature |
| | Julie Cohen Lonstein |
| | Print Name          Bar Number |
| | 1 Terrace Hill, P.O. Box 351 |
| | Address |
| | Ellenville,    New York    12428 |
| | City       State       Zip Code |
| | (845) 647-8500     (845) 647-6277 |
| | Phone Number       Fax Number |