ORIGINAL

FILED
JUL 2 1 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

---

JOE HAND PROMOTIONS, INC., as Broadcast Licensee of the **December 29, 2007 UFC #79** Program,

      Plaintiff,

 -against-

GUY ADAMS and JOHNNA ADAMS, Individually and as officers, directors, shareholders and/or principals of ADAMS FAMILY, INC. d/b/a ADAMS APPLE a/k/a ADAM'S APPLE, and ADAMS FAMILY, INC. d/b/a ADAMS APPLE a/k/a ADAM'S APPLE,

      Defendants.

---

**PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES**

Civil Action No. 08-1178

PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE AND THE GENERAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

 There are no corporate parents, subsidiaries, or affiliates of the plaintiff, **JOE HAND PROMOTIONS, INC.**

Dated: July 15, 2008
   Ellenville, New York

**JOE HAND PROMOTIONS, INC.**

By:_____
    JULIE COHEN LONSTEIN, ESQ.
    Attorney for Plaintiff
    LONSTEIN LAW OFFICE, P.C.
    Office and P.O. Address
    1 Terrace Hill : P.O. Box 351
    Ellenville, NY  12428
    Telephone:  (845) 647-8500
    Facsimile:   (845) 647-6277
    Email: Info@signallaw.com
    *Our File No.  07-20IL-C03V*