AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF ILLINOIS

| JOE HAND PROMOTIONS, INC., | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. 08-1178 |
| Guy Adams, et al, | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

JOHNNA ADAMS, Individually and as officer, director, shareholder and/or principal of ADAMS FAMILY, INC. d/b/a ADAMS APPLE a/k/a ADAM'S APPLE
10301 Schoff Lane
Peoria, IL  61615        Our File No. 07-20IL-C03V

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York  12428
Tel. (845)647-8500

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_Pamela C. Robinson_
Name of clerk of court

Date:  7/21/08

s/ S. Marvel
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br> Plaintiff <br> v. <br> Guy Adams, et al, <br> Defendant | ) <br> ) <br> ) Civil Action No. 08-1178 <br> ) <br> ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*

**GUY ADAMS, Individually and as officer, director, shareholder and/or principal of ADAMS FAMILY, INC. d/b/a ADAMS APPLE a/k/a ADAM'S APPLE**
10301 Schoff Lane
Peoria, IL  61615                          Our File No. 07-20IL-C03V

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York  12428
Tel. (845)647-8500

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_Pamela E. Robinson_
Name of clerk of court

s/ S. Marvel
Deputy clerk's signature

Date: __7/21/08__

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br> Plaintiff <br> v. <br> Guy Adams, et al, <br> Defendant | ) <br> ) <br> )  Civil Action No. 08-1178 <br> ) <br> ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*

**ADAMS FAMILY, INC. d/b/a ADAMS APPLE a/k/a ADAM'S APPLE**
512 Main Street                              *Registered Agent*: Guy Adams
East Peoria, IL  61602                                      10301 Schoff Lane
Our File No. 07-20IL-C03V                          Peoria, IL  61615

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York  12428
Tel. (845)647-8500

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_Pamela E. Robinson_
Name of clerk of court

Date:  7/21/08

s/ S. Marvel
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*